UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-02906-SKC

SEAN LYNCH,

       Plaintiff,

v.

YES MANAGEMENT, LLC; and
YES COMMUNITIES, LLC,

       Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action with prejudice, each party to bear his or its own fees and costs related to this action.

DATED this 26th day of January 2021.

| | |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS, LLP** | **LITTLER MENDELSON, P.C.** |
| */s/ Jesse K. Fishman* | */s/ Laurie Rust* |
| Claire E. Hunter | Laurie Rust |
| Jesse K. Fishman | 1900 Sixteenth Street, Suite 800 |
| 730 17th Street, Suite 750 | Denver, Colorado 80202 |
| Denver, Colorado 80202 | Telephone: (303) 362-2870 |
| Telephone: (720) 668-8989 | lrust@littler.com |
| chunter@hkm.com | *Attorneys for Defendant* |
| jfishman@hkm.com | |
| *Attorneys for Plaintiff* | |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January 2021, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was served via CM/ECF on the following:

Laurie Rust
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202
Telephone: (303) 362-2870
lrust@littler.com
*Attorneys for Defendants*

*/s/ Jen Kern*
Jen Kern, Paralegal